UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

IAN JAMES BEHNER,

      Defendant.
_____/

Case: 2:23−cr−20196
Assigned To : Edmunds, Nancy G.
Referral Judge: Patti, Anthony P.
Assign. Date : 4/4/2023
Description: INFO USA V. BEHNER (KB)

VIOLATION:
18 U.S.C. § 842(i)

# INFORMATION

The United States Attorney charges that:

## COUNT ONE
(18 U.S.C. § 842(i) – *Explosive Materials – Transport or Receipt by Prohibited Person*)

On or about September 4, 2022, in the Eastern District of Michigan, the defendant, IAN BEHNER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly shipped and transported explosive materials, a pipe bomb, an explosive within the meaning of 841(d), in and affecting interstate commerce from the State of Ohio to the State of Michigan, all in violation of Title 18, United States Code, Section 842(i)

## FORFEITURE ALLEGATION
18 U.S.C. § 844(c) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations of Count One of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, IAN BEHNER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 844(c) and 28 United States Code, Section 2461(c). Upon conviction of the offense alleged in this Information, the defendant shall forfeit to the United States any explosive materials involved or used or intended to be used in any knowing violations of Title 18, United States Code, Section 842.

DAWN N. ISON
United States Attorney


BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*/s/ Jasmine Ayana Moore*
JASMINE A. MOORE
DOUGLAS C. SALZENSTEIN
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9769
Jasmine.Moore@usdoj.gov

Dated: April 4, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: |

**Case Title:** USA v. Ian James Behner

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony     ☐ Misdemeanor     ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number:          ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 4, 2023
    Date

s/ Jasmine Ayana Moore
Jasmine Ayana Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9759
Fax:    313-226-2311
E-Mail address: Jasmine.Moore@usdoj.gov
Attorney Bar #: P82181

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.