UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

IAN JAMES BEHNER,

        Defendant.
_____/

Case No.   23-cr-20196

HON. NANCY G. EDMUNDS

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **IAN JAMES BEHNER,** and states:

1. Defendant is charged in this case with**, 18 U.S.C. § 842(i) – Explosive Materials – Transport or Receipt by Prohibited Person**.

2. Defendant is currently incarcerated **at Lenawee County Jail located at 549 N. Winter, Adrian, Michigan 49221** in connection with a different case.

3. Defendant's **Initial Appearance** in this case has been scheduled for **Tuesday, May 9, 2023 at 1:00 p.m. in duty court in the Theodore Levin U.S. Courthouse, 231 Lafayette Boulevard, Detroit, Michigan 48226, to be followed by his plea hearing at 2:00 p.m. in front of the Honorable Nancy G. Edmunds**

**in her courtroom**. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing Lenawee County Jail, Wayne County Sheriff, Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce **IAN JAMES BEHNER** before the judicial officer and at the place and time stated above.

Respectfully submitted,

DAWN N. ISON
United States Attorney

/s/ *Jasmine Ayana Moore*
Jasmine Ayana Moore
Assistant United States Attorney
211 West Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9759
Jasmine.Moore@usdoj.gov

Date:   April 7, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.   23-cr-20196

   v.

IAN JAMES BEHNER,

    Defendant.

_____/

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

_____
HONORABLE KIMBERLY G. ALTMAN
United States Magistrate Judge

Date:  April 7, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

IAN JAMES BEHNER,

        Defendant.
_____/

Case No.   23-cr-20196

HON. NANCY G. EDMUNDS

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Warden, Sheriff or Jailor at Lenawee County, Wayne County Sheriff's, Michigan Department of Corrections, or any other Michigan State Corrections Facility, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant**, IAN JAMES BEHNER in duty court in the Theodore Levin U.S. Courthouse, 231 Lafayette Boulevard, Detroit, 48226,** for his Initial Arraignment on **Tuesday, May 9, 2023 at 1:00 p.m., to be followed by his plea hearing at 2:00 p.m. in front of the Honorable Nancy G. Edmunds in her courtroom** for his **Plea Hearing** in this case; and you are also directed to return **IAN JAMES BEHNER** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                       KINIKIA D. ESSIX
                                       *Clerk*

                         By:  Carolyn M. Ciesla
                              *Deputy Clerk*     (Seal)